

September 30, 2022

**BY ECF**

Hon. Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:      <u>Mt. Hawley Ins. Co. v. Zita's Enterprise, Inc.</u>
              Case No. 1:22-cv-06195-RA

      Our File:   509981

Dear Judge Abrams:

This firm represents plaintiff Mt. Hawley Insurance Company. This is an insurance declaratory judgment action in which Mt. Hawley seeks judgment that it has no obligation to defend or indemnify named insured/defendant Zita's Enterprise, Inc. in an underlying Florida tort action.

On August 8, 2022, the Court issued an Order and Notice of Initial Conference (Doc. No. 6). The Order requires, *inter alia*, submission by September 30, 2022 of a joint letter as well as a proposed case management plan and scheduling order. The Order also advises of an initial conference on October 7, 2022 at 11:30 a.m.

Zita's Enterprise has not answered or otherwise appeared in this action, nor have we been contacted by Zita's Enterprise in connection with the action. Accordingly, we have filed a motion for default judgment. In conjunction with the motion, and pending its disposition, we respectfully request the Court to adjourn the requirements of the August 8, 2022 Order, including an adjournment of the initial conference.

295 Main Street · Suite 836 · Buffalo, New York 14203 · T 716 878 9178 · www.delahuntpllc.com



We are available at the Court's convenience to provide any other information or documents the Court requires. Thank you for considering these requests.

Respectfully submitted,

DELAHUNT LAW PLLC

Timothy E. Delahunt
tdelahunt@delahuntpllc.com

Application granted.

The initial pretrial conference scheduled for October 7, 2022 is hereby adjourned *sine die*.

SO ORDERED.

_____
Hon. Ronnie Abrams
10/03/2022