```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MT. HAWLEY INSURANCE COMPANY,

                Plaintiff,

        v.

ZITA'S ENTERPRISE, INC.,

                Defendant.

No. 22-cv-6195

ORDER

RONNIE ABRAMS, United States District Judge:

    On September 30, 2022, Plaintiff Mt. Hawley Insurance Company moved for default judgment against Defendant Zita's Enterprise, Inc. in this insurance action. To date, however, Plaintiff has not filed proof of service of the default judgment motion and supporting papers on Defendant. Plaintiff shall file such proof of service no later than May 9, 2023, after which the Court will schedule a show cause hearing.

SO ORDERED.

Dated:    May 2, 2023
             New York, New York

                                                      Ronnie Abrams
                                                      United States District Judge